Case No: 10-72349

# UNITED STATES BANKRUPTCY COURT

**NORTHERN** DISTRICT OF **ILLINOIS**

**Rockford** Division

In re:   **Ryan P Garlock**              Case No:   **10-72349**

         **Rebecca K Garlock**           Chapter:   **13**

Property Address:   **5389 Talladega Drive, Loves Park, IL 61111**

Last four digits of any number you use to identify the debtor's account:   **9792**

Court Claim No. (if known)

## RESPONSE TO NOTICE OF FINAL CURE PAYMENT

As contemplated by Fed. R. Bankr. Proc. 3002

**JPMorgan Chase Bank, N.A.**

("Creditor") hereby responds to that certain Notice of Final Cure Payment ("Cure Notice") dated **11/19/2014** and filed as Docket No. **51**

### Pre-Petition Default Payments        Applicable option is checked.

☒ Agrees that Debtor(s) has paid in the full the amount required to cure the default on Creditor's claim.

☐ Disagrees that Debtor(s) has paid in full the amount required to cure the default on Creditor's claim and states that the total amount due to cure pre-petition arrears is:

Total Amount Due:   $0.00

Attached is an itemization of amounts outstanding on the Prepetition Claim that remain unpaid as of the date of this response.

### Post-Petition Default Payments        Applicable option is checked.

☒ Agrees that Debtor(s) is current with respect to all payments consistent with § 1322(b)(5) of the Bankruptcy Code.

☐ Disagrees that Debtor(s) is current with respect to all payments consistent with § 1322(b)(5), and states that the total amount due to cure post-petition arrears is:

Total Amount Due:   $0.00

Attached is an itemization of amounts outstanding on the Post-Petition Claim as of the date of the Cure Notice. The amounts outstanding identified do not reflect amounts that became or may become due after the date of the Cure Notice, including any fees that may have been incurred in the preparation, filing, or prosecution of this response to the Cure Notice.

The amounts due identified on this response may not, due to timing, reflect all payments sent to Creditor as of the date of the Cure Notice. In addition, the amounts due may include payments reflected on the NDC but which have not yet been received and/or processed by Creditor.

Case No:   10-72349

# UNITED STATES BANKRUPTCY COURT

The person completing this Notice must sign it.  Sign and print your name and your title (if any), and state your address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.

Check the appropriate box

☐ I am the Creditor   ☒ I am the Creditor's authorized agent. (Attach copy of power of attorney, if any).

I declare under penalty of perjury that the information provided in this Response to Notice of Final Cure Payment is true and correct to the best of my knowledge, information and reasonable belief.

X     /s/  Teresa L. Umphrey                                    X  12/10/14
          Signature                                                          Date (MM/DD/YYYY)

First Name:  Teresa          Middle Name:   L.           Last Name:  Umphrey

Title: Agents for Creditor

Company:  Five Lakes Agency, Inc.

Address:   PO Box 80730

City:   Rochester                State:   MI                Zip:  48308

Phone:  (855) 824-1000

**UNITED STATES BANKRUPTCY COURT**

**FOR THE NORTHERN DISTRICT OF ILLINOIS**

IN THE MATTER OF:
    Ryan P Garlock                                          Bankruptcy No.  10-72349
    Rebecca K Garlock                              Honorable     Thomas M. Lynch
                                                                        Chapter        13

        Debtor(s)
_____/

CERTIFICATE OF SERVICE FOR NOTICE OF FINAL CURE PAYMENT

Teresa L. Umphrey hereby certifies that on the 10th day of December, 2014, a true and correct copy of the Notice of Final Cure Payment and CERTIFICATE OF SERVICE either by electronic notice or by depositing same in a United States Postal Box located in Rochester, Michigan, with the lawful amount of postage affixed thereto, upon the following:

Jeffry A. Dahlberg
Balsley and Dahlberg
5130 N Second St
Loves Park, IL 61111

Lydia Meyer, Trustee
P.O. Box 14127
Rockford, IL 61105

Ryan P Garlock
Rebecca K Garlock
5389 Talladega Drive
Loves Park, IL 61111

                                                /s/   Teresa L. Umphrey
                                             Teresa L. Umphrey
                                            Five Lakes Agency, Inc.
                                            Agents for Creditor, JPMorgan Chase Bank, N.A.
                                            PO Box 80730
                                            Rochester, MI  48308
                                            (855) 824-1000